John A. Coppede  (5-2485)
HICKEY & EVANS, LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY  82003-0467
Ph: 307-634-1525
Fx: 307-638-7335
jcoppede@hickeyevans.com
*Attorneys for Defendant*
*West American Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| PROFILE PROPERTIES, LLC, a Wyoming Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> WEST AMERICAN INSURANCE COMPANY, an Indiana Corporation, <br><br> Defendant. | Case No. 20-CV-134-J |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

COMES NOW Defendant West American Insurance Company, by and through its attorneys, Hickey & Evans, LLP, and Plaintiff Profile Properties, LLC, by and through its attorneys, Sundahl, Powers, Kapp and Martin, L.L.C. and pursuant to W.R.C.P. 41(a), hereby stipulate to the dismissal with prejudice of the Complaint filed in the above-captioned matter, with each party responsible for their own attorney's fees and costs.

1

WHEREFORE, the parties respectfully request the Court enter its order dismissing this matter with prejudice, with each party to bear their own attorney's fees and costs.

Respectfully submitted this 3rd day of November 2021.

| PROFILE PROPERTIES, LLC | WEST AMERICAN INSURANCE COMPANY |
|---|---|
| */s/ Raymond W. Martin* | */s/ John A. Coppede* |
| Raymond W. Martin (5-2384) | John A. Coppede (5-2485) |
| Patrick M. Brady (7-5494) | HICKEY & EVANS, LLP |
| SUNDAHL, POWERS, KAPP & MARTIN, LLC | 1800 Carey Avenue, Suite 700 |
| 1725 Carey Avenue | P.O. Box 467 |
| P.O. Box 328 | Cheyenne, WY 82003-0467 |
| Cheyenne, WY 82003-0328 | Ph: 307-634-1525 |
| Ph: 307-632-6421 | Fx: 307-638-7335 |
| Fx: 307-632-7216 | jcoppede@hickeyevans.com |
| rmartin@spkm.org | |
| pbrady@spkm.org | |