UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 NOV -4 AM 11:53

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| PROFILE PROPERTIES, LLC, a Wyoming Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> WEST AMERICAN INSURANCE COMPANY, an Indiana Corporation, <br><br> Defendant. | Case No. 20-CV-134-J |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Stipulated Motion for Dismissal with Prejudice pursuant to W.R.C.P. 41(a), and the Court having reviewed the Motion and being otherwise well advised in the premises, finds that said Motion should be GRANTED,

THEREFORE, IT IS HEREBY ORDERED that the Complaint in this matter shall be, and hereby is dismissed with prejudice, with each party to pay their own attorney's fees and costs.

DATED this 3d day of November 2021.

BY THE COURT:

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE